UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No. 8:14-cv-02068-MSS-MAP

MARK S. MCFADDEN,

    Plaintiff,

v.

US BANK, N.A., ROBERTSON,
ANSCHUTZ & SCHNEID, P.L.,
COREY LEWIS, INDIVIDUALLY,
TARA HEYDT, INDIVIDUALLY,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law offices of Cole, Scott, & Kissane P.A. hereby gives notice of its appearance on behalf of Defendant, ROBERTSON, ANSCHUTZ & SCHNEID, P.L. and COREY LEWIS and request that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this case be furnished to the undersigned.

DATED: September 18, 2014.

                         /s/ Anika Campbell
                         ANIKA R. CAMPBELL
                         Florida Bar. No. 037371
                         E-mail Address: anika.campbell@csklegal.com
                         STEPHEN HARBER
                         Florida Bar. 096374
                         Email Address: stephen.harber@csklegal.com

Case No. Case No. 8:14-cv-02068-MSS-MAP

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

      COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendants
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By /s/ Anika Campbell
   ANIKA R. CAMPBELL
   Florida Bar. No. 037371
   E-mail Address: anika.campbell@csklegal.com
   STEPHEN HARBER
   Florida Bar. 096374
   Email Address: stephen.harber@csklegal.com

**SERVICE LIST**
Mark S. McFadden
6070 66th Avenue North
Pinellas Park, FL 33781

Mark S. McFadden
4245 0118th Circle
Clearwater, FL 33762