UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No. 8:14-cv-02068-MSS-MAP

MARK S. MCFADDEN,

    Plaintiff,

v.

US BANK, N.A., ROBERTSON,
ANSCHUTZ & SCHNEID, P.L.,
COREY LEWIS, INDIVIDUALLY,
TARA HEYDT, INDIVIDUALLY,

    Defendants.
_____/

### ROBERTSON, ANSCHUTZ & SCHNEID, P.L.'S RULE 7.1 DISCLOSURE

COMES NOW, Defendant, ROBERTSON, ANSCHUTZ & SCHNEID, P.L, and pursuant to the Federal Rules of Civil Procedure, hereby files the following statement:

There is no parent corporation or publicly held corporation owning more than 10% of its stock.

Case No. Case No. 8:14-cv-02068-MSS-MAP

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

    COLE, SCOTT & KISSANE, P.A.
    Attorneys for Defendants
    1645 Palm Beach Lakes Blvd., 2nd Floor
    West Palm Beach, Florida 33401
    Telephone: (561) 383-9200
    Facsimile: (561) 683-8977

By: /s/ Barry A. Postman
    BARRY A POSTMAN
    Florida Bar No. 991856
    E-mail Address: barry.postman@csklegal.com
    ANIKA R. CAMPBELL
    Florida Bar No.: 037371
    E-mail Address: anika.campbell@csklegal.com

**SERVICE LIST**
Mark S. McFadden
6070 66th Avenue North
Pinellas Park, FL 33781

Mark S. McFadden
4245 0118th Circle
Clearwater, FL 33762

l:\1085-0498-00\pleading\notice\rule 7 disclosure.docx