UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARK S. MCFADDEN,**

    Plaintiff,

vs.

                                                  Case No.  8:14-cv-2068-MSS-MAP

**U.S. BANK N.A.,**
**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,**
**COREY LEWIS, Individually;**
**TARA HEYDT, Individually; and**
**EVAN S. ROSENBERG, Individually,**

    Defendants.
_____/

**NOTICE OF APPEARANCE AND**
<u>**REQUEST FOR SERVICE OF PAPERS**</u>

      **PLEASE TAKE NOTICE** that William P. Heller, Julie S. Sneed and Rebecca N. Shwayri of the Akerman LLP law firm appear as counsel for the defendant, U.S. BANK N.A.

      Mr. Heller, Ms. Sneed and Ms. Shwayri request to be copied on all filings relative to this lawsuit.

                                      Respectfully submitted,

                                      **AKERMAN LLP**

                                      */s/ Rebecca N. Shwayri*
                                      JULIE S. SNEED
                                      Florida Bar No.:  51594
                                      julie.sneed@akerman.com
                                      REBECCA N. SHWAYRI
                                      Florida Bar No. 868531
                                      rebecca.shwayri@akerman.com
                                      401 E. Jackson Street, Suite 1700
                                      Tampa, Florida  33602
                                      Telephone:  813-223-7333
                                      Facsimile:  813-223-2837

-and-

WILLIAM P. HELLER
Fla. Bar No.: 987263
william.heller@akerman.com
Las Olas Centre II
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida  33301
Telephone: 954-759-8945
Facsimile:  954-463-2224

***Attorneys for U.S. Bank N.A.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of December, 2014, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Barry A. Postman, Esquire and Stephen Nicholas Harber, Esquire,** Cole, Scott & Kissane, P.A., 1645 Palm Beach Lakes Blvd., 2nd Floor, West Palm Beach, Florida  33401, email:  postman@csklegal.com and stephen.harber@csklegal.com (*Counsel for defendants Robertson, Anschutz & Schneid, P.A. and Corey Lewis)*; and further certify that the foregoing document was sent by U.S. Mail to:  **Mark S. McFadden,** 6070 66th Avenue North, Pinellas Park, Florida   33781; and **Mark S. McFadden,** 4245 118th Circle, Clearwater, Florida  33762 (*Pro Se Plaintiff).*

*/s/ Rebecca N. Shwayri*
Attorney