UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No. 8:14-cv-02068-MSS-MAP

MARK S. MCFADDEN,

      Plaintiff,

v.

US BANK, N.A., ROBERTSON,
ANSCHUTZ & SCHNEID, P.L.;
COREY LEWIS, Individually;
TARA HEYDT, Individually;
EVAN S. ROSENBERG, Individually,

      Defendants.
_____/

## DEFENDANTS, ROBERTSON, ANSCHUTZ & SCHNEID, P.L. AND COREY LEWIS', NOTICE OF FILING

COMES NOW, Defendants, ROBERTSON, ANSCHUTZ, & SCHNEID, P.L. and COREY LEWIS (hereinafter referred to as these "Defendants"), by and through their undersigned counsel and pursuant to this Honorable Court's Order dated 2/2/15 [DE 29] hereby files the below document:

1. The return of service from the underlying mortgage foreclosure action on Mark S. McFadden.

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendants
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By: /s/ Barry A. Postman
BARRY A POSTMAN
Florida Bar No. 991856
E-mail Address: barry.postman@csklegal.com
ANIKA R. CAMPBELL
Florida Bar No.: 037371
E-mail Address: anika.campbell@csklegal.com

**SERVICE LIST**
Mark S. McFadden
6070 66th Avenue North
Pinellas Park, FL 33781

Mark S. McFadden
4245 0118th Circle
Clearwater, FL 33762

JULIE S. SNEED
Florida Bar No.: 51594
julie.sneed@akerman.com
REBECCA N. SHWAYRI
Florida Bar No. 868531
rebecca.shwayri@akerman.com
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602

WILLIAM P. HELLER
Fla. Bar No.: 987263
william.heller@akerman.com
Las Olas Centre II
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida 33301

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PINELLAS COUNTY, FLORIDA

| | | |
|---|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF1, | Plaintiff(s) | Court No.: 13-006767-CI |
| VS. MARK S. MCFADDEN A/K/A MARK MCFADDEN; ET AL., | Defendant(s) | |

### RETURN OF SERVICE

I, John Shultz, say that pursuant to Chapter 48 of Florida Statutes I am authorized to serve this process.

Type of Process: Summons, Notice of Lis Pendens, Form A - Plaintiff's Certificate, and Form B - Notice from the Court to Homeowner and Complaint

Received by John Shultz, on 7/31/2013 @ 9:00 AM to be served upon Mark S. McFadden a/k/a Mark McFadden at 6070 66th Avenue North, Pinellas Park, FL 33781

SERVED the within named defendant on: 8/22/2013 @ 9:10 AM

X INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 55 Gender: Male Race: Caucasian Height: 5-10 Weight: 176-200 Hair: Salt and Pepper Glasses: Yes

MILITARY No
MARRIED Married

Additional Comments:
Service took placed at defendant's place of employment, Mark's Auto, 4245 118th Ave, Clearwater, FL 33762. This is not the defendant's usual place of abode. Requested service here, still lives at original address. The defendant is married but separated. Signed field sheet.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action and have proper authority in the jurisdiction in which this service was made. Under the penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate. Notary not required pursuant to Fla. Stat. § 92.525(2).

672975 -A
**SPECIAL PROCESS SERVICE**
Pinellas County, Florida
Bob Gualtieri, Sheriff

Signature of Process Server
Identification Number: 19948



File Number: 25869.0298
Reference Number: 3072017

Case Number: 13-006767-CI

Electronically Filed 06/26/2013 04:30:59 PM ET

IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA.
CASE NO.

U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF1,
  Plaintiff,

vs.

MARK S. MCFADDEN A/K/A MARK MCFADDEN, et al.,

  Defendants.

## SUMMONS

TO: MARK S. MCFADDEN A/K/A MARK MCFADDEN
~~5030 21ST AVENUE NORTH~~
~~ST. PETERSBURG, FL 33710~~

and/or

6070 66TH AVENUE NORTH
PINELLAS PARK, FL 33781

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you. Your written response, including the above case number given above and names of the parties must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene Veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los numeros de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y prodria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney," (Demandate o Abogado del Demandate).

### IMPORTANT

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens pouvent etre saisis par la suite, san aucun preavis ulterieru du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Se vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expediter une copie au carbone our une photocopie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Plaintiff Attorney: Greenspoon Marder, P.A.
Trade Centre South, Suite 700
100 W. Cypress Creek Road
Fort Lauderdale, FL 33309
Telephone: (954) 343-6273
Facsimile: (954) 343-6982

THE STATE OF FLORIDA
To Each Sheriff of the State:
YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named Defendant.
DATED ON _June 28, 2013_

KEN BURKE
As Clerk of Court

By: _____
As Deputy Clerk

(File No. 20187.6878)