

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARK S. MCFADDEN**
    **PLAINTIFF**

v.                      CASE NO. 8:14-cv-2068-T-35MAP

U.S. BANK N.A.
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
COREY LEWIS, INDIVIDUALLY
EVAN S. ROSENBERG, INDIVIDUALLY

    DEFENDANTS

### PLAINTIFFS AMENDED COMPLAINT

Plaintiff, Mark S McFadden, individually, hereby sues Defendants, U.S. Bank N.A., Law Offices of Robertson, Anschutz & Schneid, P.L., Corey Lewis, individually and Evan S. Rosenberg, Individually for violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692g

### PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692g

2. Upon belief and information, Plaintiff contends that many of these practices are wide spread for some or all of the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Defendants have violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but nonexistent debt.

4. All violations occurred in the process of collecting an alleged but non-existent debt.

### JURISDICTION AND VENUE

5.  Jurisdiction of this Court arises under 15 U.S.C. §1681p, Fla. Stat. §47.051, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

6.  Venue is proper pursuant to 28 U.S.C. §1391b and Fla. Stat. §559.77. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

## PARTIES

7.  Plaintiff, Mark S McFadden, is a natural person and is a resident of the State of Florida.

8.  Upon information and belief Defendant, Law Offices Robertson, Anschutz & Schneid, P.L (hereafter, Robertson) is a P.L., authorized to do business in Florida.

9.  Upon information and belief Defendant, Corey Lewis (hereafter, Lewis) is a natural person and is a resident of the State of Florida.

10. Upon information and belief Defendant, Evan S. Rosenberg (hereafter, Rosenberg) is a natural person and is a resident of the State of Florida.

11. U.S. Bank N.A, (hereafter, Bank) is a national association authorized to do business in the State of Florida.

## FACTUAL ALLEGATIONS

12. On 06/26/2013 U.S. Bank NA filed a foreclosure action, which is ongoing and there has been no final judgment prior to the filing of this amended complaint, against Plaintiffs property which is primarily for personal, family or household purposes, in Pinellas County, Florida. (Attached exhibit A) and is a collection action on a consumer debt (Attached exhibit I)

13. Plaintiff responded to the Foreclosure Complaint and also filed a Notice of Dispute into the court records on 9/11/13 demanding debt validation (Attached exhibit B)

14. As of the writing of this Amended Complaint Plaintiff has never received debt validation requested on 9/11/13.

15. At the time of the original filing of the Foreclosure Action the Attorney on record was Tara Heydt and as the case moved forward additional attorneys have participated. Heydt was never served and is removed as a defendant from this amended Complaint.

16.     On a mailing dated Sept. 17th, 2014 (Attached exhibit G) Plaintiff received notice that the Law firm of Robertson, Snschultz and Schneid is now representing U.S. Bank, N.A.

17.     On or about July 30th, 2014 Plaintiff received a mailing of Notice to Set for Trial with Attorney Corey Lewis as the Attorney working the case (Attached exhibit C) and a continuation of attempting to collect on a consumer debt without validation of the debt by the Defendant.

18.     On or about 11/18/14 Defendant Rosenberg entered the present action by answering the Plaintiffs Discovery and not providing proper validation of the debt as demanded by Plaintiff and a continuation of attempting to collect on a consumer debt without validation of the debt by the Defendant.

19.     The Notice of Dispute also included a demand for chain of title to the debt due to Defendants filing of false, misleading and deceptive documents into the court record.

20.     False, misleading and deceptive documents (Attached exhibits D, E and F) were filed into the County Court. Exhibit D reflects an Assignment of Mortgage from First Franklin Financial Corp. to National City Bank of Pennsylvania signed before a Notary on 03/18/2005 then exhibit E reflects an Assignment of Mortgage from First Franklin Financial Corp. to some unknown entity not even on the paperwork at all on Oct. 11th, 2006 and is signed and dated by a Notary and then again on May 24th, 2013 an Assignment of Mortgage between First Franklin Financial Corp. and U.S. Bank NA EIGHT YEARS LATER SIGNED AND DATED BY A NOTARY.

## COUNT I
**VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692g BY DEFENDANTS LAW OFFICES OF ROBERTSON, ANSCHUTZ & SCHNEID, P.L., U.S. BANK N.A., COREY LEWIS, INDIVIDUALLY and EVEN S. ROSENBERG, INDIVIDUALLY.**

21.     Plaintiff alleges and incorporates the information in paragraphs 1 through 20.

22.     Plaintiff is a consumer within the meaning of the FDCPA 15 U.S.C. §1692a (3) the term "consumer" means any natural person obligated or allegedly obligated to pay any debt.

23.     **Defendant Robertson is a debt collector within the meaning of** FDCPA 15 U.S.C. §1692a (6). The term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Robertson used the mails to collect on an alleged debt and their principle business is foreclosure and debt collection. Enclosed exhibit K is a copy of their web site and the Plaintiff has highlighted the pertinent part which reads " is a law firm with years of experience in successfully representing financial institutional matter with a specialization of mortgages in default". Robertson is attempting to collect an alleged debt which is in default with U.S. Bank N.A.

24.     **Defendant Rosenberg is a debt collector within the meaning of** FDCPA 15 U.S.C. §1692a (6). The term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Rosenberg used the mails to attempt to collect an alleged debt when he sent Plaintiff Discovery attempting to collect on an alleged debt which is in default, in addition to that, Rosenberg describes himself

as an experienced litigator and since the Law Firm, Robertson specializes in the collection of mortgages which are in default the only logical conclusion one can come to is that he regularly attempts to collect debts for Robertson on their behalf.

**25. Defendant Bank is a debt collector within the meaning of FDCPA 15 U.S.C. §1692a (6).** The term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Bank used interstate commerce to collect on an alleged consumer debt. U.S. Bank are debt collectors as defined by 15 U.S.C. § 1692a(6) because it is a person who uses instrumentality of interstate commerce (telephone system) and the U.S. Mails in a business, the principal purpose of which is the collection of debts

26. U.S. Bank is debt collectors as defined by 15 U.S.C. § 1692a(6) because they are a person who uses an instrumentality of interstate commerce (telephone system) and the U.S. Mails in a business, to regularly collect or attempt to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. (See attached exhibit L) titled Collection Services for Business (Highlighted)

27. U.S. Bank is not the original creditor. The original creditor is First Federal Franklin Financial, corp. (see attached exhibit D). The account went into default on Sept. 1, 2012 and was taken over by U.S. Bank on May 24, 2013 long after default which means Bank is attempting to collect on a defaulted loan.

**28 Defendant Lewis is a debt collector with the meaning of FDCPA 15 U.S.C. §1692a (6).** The term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Lewis used the mails to attempt to collect an alleged debt which is in default on behalf of Law firm Robertson which specializes in the collection of mortgages which are in default. Lewis, acting on behalf of Robertson, continued to attempt the collection of a debt without first validating the debt as required by the FDCPA by using the mails to continue to attempt to collect a debt by filing a Notice to set the case for trial as well as filing Plaintiff's Notice of Intent to Offer At Trial (attached exhibit C )which excludes the Chain of Title to the debt as demanded by #4 of Plaintiffs Notice of Dispute (attached exhibit B). Since Robertson specializes in the collection of mortgages with are in default which indicates that the collection of default debts are a regular part and perhaps most of the business of the Law Firm then the only logical conclusion one can come to is that Lewis, who is employed by the firm, regularly engages in consumer-debt-collection litigation or who otherwise regularly attempts to collect debt due another.

WHEREFORE, Plaintiff demands judgment for damages against **DEFENDANTS LAW OFFICES OF** ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,U.S. BANK N.A., COREY LEWIS, INDIVIDUALLY AND EVAN S. ROSENBERG, INDIVIDUALLY for actual or statutory damages , attorney's fees and costs, pursuant to FDCPA§813 and 15U.S.C.1692k

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 26 day of May, 2015

_____

Mark S McFadden

## CERTIFICATE OF SERVICE

A copy of this document was mailed by regular U.S. mail to the attorney listed below

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendants
1645 Palm Beach Lakes Blvd., 2ndFloor
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977
By: s/ Anika Campbell
ANIKA R. CAMPBELL Florida Bar. No. 037371E-mail Address: anika.campbell@csklegal.com
STEPHEN HARBER

Julie S. Sneed and
Rebecca N. Shwayri
401 East Jackson St. Suite 1700
Tampa, Fl. 33602

William P. Heller
Las Olas Centre II
350 East Las Olas Blvd. Suite 1600
Fort Lauderdale, Fl. 33301

Skip to Main Content  Search Menu  New Civil Search  Refine Search  Back   Location: Pinellas County  Help

# REGISTER OF ACTIONS
## CASE NO. 13-006767-CI

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION Vs. MARK S. MCFADDEN, et al | Case Type: | REAL PROP - NON-HOMESTEAD RES FORECLOSURE2 $50,001-$249,999 |
| | Date Filed: | 06/26/2013 |
| | Location: | Section 7 |
| | Judicial Officer: | BOYER, BRUCE |
| | UNIFORM CASE NUMBER: | 522013CA006767XXCICI |

---

### PARTY INFORMATION

                                                                                                                                        Attorneys

**CLOSED DEFENDANT - DISMISSED/D**
UNKNOWN SPOUSE OF CINDY L. MACKINNON
5030 21ST AVENUE NORTH
ST. PETERSBURG, FL 33710

**CLOSED DEFENDANT - DISMISSED/D**
UNKNOWN SPOUSE OF MARK S. MCFADDEN *ALSO KNOWN AS MCFADDEN, MARK*
5030 21ST AVENUE NORTH
ST. PETERSBURG, FL 33710

**CLOSED DEFENDANT - DISMISSED/D**
UNKNOWN TENANT 2
5030 21ST AVENUE NORTH
ST. PETERSBURG, FL 33710

**DEFENDANT** KENNEDY, JILL *FORMERLY KNOWN AS UNKNOWN TENANT 1*
5030 21ST AVENUE NORTH
ST. PETERSBURG, FL 33710

**DEFENDANT** MACKINNON, CINDY L.
5030 21ST AVENUE NORTH
ST. PETERSBURG, FL 33710

**DEFENDANT** MCFADDEN, MARK S. *ALSO KNOWN AS MCFADDEN, MARK*
5030 21ST AVENUE NORTH
ST. PETERSBURG, FL 33710

**PLAINTIFF** US BANK NATIONAL ASSOCIATION
C/O GREENSPOON MARDER, P.A. 100 WEST CYPRESS CREEK ROAD, RD STE 700
FORT LAUDERDALE, FL 33309

                                  TARA HEYDT

100 WEST CYPRESS CREEK ROAD
SUITE 700
FORT LAUDERDALE, FL 33309

*EXHIBIT A*

---

### EVENTS & ORDERS OF THE COURT

| OTHER EVENTS AND HEARINGS

EXHIBIT A

| Date | Entry |
|---|---|
| 08/22/2014 | CERTIFICATE OF MAILING<br>MOTION FOR LEAVE TO ANSWER<br>Party: HEYDT, TARA |
| 08/22/2014 | CERTIFICATE OF MAILING<br>MOTION TO CONTINUE OR RESET TRIAL DATE<br>Party: HEYDT, TARA |
| 08/22/2014 | CERTIFICATE OF MAILING<br>ANSWER<br>Party: HEYDT, TARA |
| 08/21/2014 | UNSIGNED ORDER SENT TO JUDGE<br>NO COPIES/NO SASE |
| 08/20/2014 | DEF/RESP'S MOTION FOR CONTINUANCE<br>OR RESET TRIAL DATE PRO SE |
| 08/20/2014 | DEF/RESP'S MOTION<br>FOR LEAVE TO ANSWER PRO SE |
| 08/20/2014 | ANSWER OF<br>PRO SE<br>Party: MCFADDEN, MARK S. |
| 08/20/2014 | DEF/RESP'S MOTION<br>TO CONTINUE / RESET TRIAL DATE PRO SE |
| 08/20/2014 | DEF/RESP'S MOTION<br>FOR LEAVE TO ANSWER PRO SE |
| 08/20/2014 | ANSWER OF<br>PRO SE<br>Party: MCFADDEN, MARK S. |
| 08/18/2014 | DEFAULT ENTERED<br>Party: KENNEDY, JILL<br>Party: MACKINNON, CINDY L. |
| 08/14/2014 | AFFIDAVIT AS TO MILITARY SERVICE |
| 08/14/2014 | PLTF/PET'S MOTION FOR DEFAULT<br>DEFAULT ENTERED |
| 08/14/2014 | NOTICE CAUSE IS AT ISSUE READY FOR TRIAL |
| 08/14/2014 | NOTICE<br>OF DISPUTE SECOND REQUEST PRO SE |
| 08/14/2014 | RESPONSE<br>TO NOTICE OF DEFAULT PRO SE |
| 08/14/2014 | CERTIFICATE<br>OF DISCOVERY - PRO SE |
| 08/11/2014 | WITNESS LIST<br>(PLTF TRIAL)/EXHIBIT LIST |
| 08/08/2014 | NOTICE OF DROPPING<br>PARTIES |
| 08/06/2014 | PLTF/PET'S MOTION FOR DEFAULT<br>DEFAULT NOT ENTERED - PLEADING FILED 9/11/13 |
| 08/06/2014 | AFFIDAVIT AS TO MILITARY SERVICE |
| 08/04/2014 | NOTICE OF INTENT<br>TO OFFER AT TRIAL |
| 04/09/2014 | ALIAS SUMMONS - RETURNED SERVED<br>CINDY MACKINNON 040314 |
| 04/09/2014 | ALIAS SUMMONS - RETURNED NOT SERVED<br>UNKWN SPOUSE OF CINDY MACKINNON |
| 03/13/2014 | REQUEST FOR ALIAS SUMMONS<br>SUMMONS ISSUED 3/13/14 FOR CINDY L MACKINNON |
| 03/13/2014 | REQUEST FOR ALIAS SUMMONS<br>SUMMONS ISSUED 3/13/14 FOR UNKNOWN SPOUSE OF CINDY L MACKINNON |
| 01/16/2014 | COPY CORRESPONDENCE FROM CLERK RE:<br>UNABLE TO PROCESS THE NOTICE OF ACTION |
| 10/07/2013 | SECTION 20 TRANSFER CALENDAR (12:01 AM) () |
| 10/07/2013 | CORRESPONDENCE FROM CLERK RE:<br>TRANSFER OF CASE TO NEW SECTION |
| 09/25/2013 | SUMMONS - RETURNED NOT SERVED:<br>CINDY L MACKINNON |
| 09/25/2013 | SUMMONS - RETURNED NOT SERVED:<br>UNKNOWN SPOUSE OF CINDY L MACKINNON |
| 09/25/2013 | SUMMONS - RETURNED SERVED:<br>082213 MARK S MCFADDEN |

EXHIBIT A

| Date | Entry |
|---|---|
| 09/25/2013 | SUMMONS - RETURNED NOT SERVED: UNKNOWN SPOUSE OF MARK S MCFADDEN |
| 09/25/2013 | SUMMONS - RETURNED SERVED: 073013 FKA UNKNOWN TENANT |
| 09/25/2013 | SUMMONS - RETURNED NOT SERVED: UNKNOWN TENANT #2 |
| 09/25/2013 | AFFIDAVIT OF DILIGENT SEARCH AND INQUIRY - CINDY L MACKINNON |
| 09/25/2013 | AFFIDAVIT OF DILIGENT SEARCH AND INQUIRY - UNKNOWN SPOUSE OF CINDY L MACKINNON |
| 09/11/2013 | NOTICE OF DISPUTE - PRO SE |
| 06/28/2013 | SUMMONS EMAILED TO ATTORNEY FOR SERVICE Party: KENNEDY, JILL Party: MACKINNON, CINDY L. Party: MCFADDEN, MARK S. Party: UNKNOWN SPOUSE OF CINDY L. MACKINNON Party: UNKNOWN SPOUSE OF MARK S. MCFADDEN Party: UNKNOWN TENANT 2 |
| 06/26/2013 | CASE FILED Party: KENNEDY, JILL Party: MACKINNON, CINDY L. Party: MCFADDEN, MARK S. Party: UNKNOWN SPOUSE OF CINDY L. MACKINNON Party: UNKNOWN SPOUSE OF MARK S. MCFADDEN Party: UNKNOWN TENANT 2 |
| 06/26/2013 | CIVIL COVER SHEET - E-FILED |
| 06/26/2013 | VALUE OF REAL PROP/MORTGAGE FORECLOSURE CLAIM |
| 06/26/2013 | LIS PENDENS Vol./Book 18067, Page 125, 1 pages |
| 06/26/2013 | SUMMONS TO BE ISSUED |
| 06/26/2013 | NOTICE OF FILING |
| 06/26/2013 | FORM A-PLAINTIFF CERTIFICATE |
| 06/26/2013 | FORM B - NOTICE TO HOMEOWNER |
| 06/26/2013 | COMPLAINT INT-CI |
| 06/26/2013 | ATTACHMENT TO COMPLAINT NOTE |
| 06/26/2013 | ATTACHMENT TO COMPLAINT MORTGAGE |
| 06/26/2013 | ATTACHMENT TO COMPLAINT ASSIGNMENT OF MORTGAGE |
| 06/26/2013 | ATTACHMENT TO COMPLAINT ASSIGNMENT OF MORTGAGE |
| 06/26/2013 | ATTACHMENT TO COMPLAINT ASSIGNMENT OF MORTGAGE |

## FINANCIAL INFORMATION

**PLAINTIFF US BANK NATIONAL ASSOCIATION**

| | |
|---|---:|
| Total Financial Assessment | 998.00 |
| Total Payments and Credits | 998.00 |
| Balance Due as of 08/23/2014 | 0.00 |

| Date | Type | Receipt | Party | Amount |
|---|---|---|---|---:|
| 06/28/2013 | Transaction Assessment | | | 905.00 |
| 07/01/2013 | Transaction Assessment | | | 70.50 |
| 07/01/2013 | Counter Payment | Receipt # CVCLW-2013-54052 | US BANK NATIONAL ASSOCIATION | (975.50) |
| 03/14/2014 | Transaction Assessment | | | 22.50 |
| 03/14/2014 | Counter Payment | Receipt # CV-2014-15234 | US BANK NATIONAL ASSOCIATION | (22.50) |

IN THE CIRCIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA, CIVIL ACTION

U.S.BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE
TO BANK OF AMERICA, N.A., AS SUCCESSOR TO LASALLE BANK
N.A. AS TRUSTEE FOR THE HOLDERS OF MERRILL LYNCH MORTGAGE
INVESTORES TRUST, MORGTGAGE LOAN ASSET-BACKED CERTIFICATES
SERIES 2006-FFI
CASE NUMBER13-006-767-CI

EXHIBIT B

    Plaintiff

    Vs.

MARK S MCFADDEN, ET AL,
    Defendant

## NOTICE OF DISPUTE

Defendant, MARK S MC FADDEN (the "Consumer") pursuant to 15 USC $ss$ 1692g (b), give notice that:

1. The debt, or a portion thereof, is disputed.
2. The Consumer requests verification of the debt.
3. The Consumer requests the name and address of the original creditor.
4. The Consumer request validation of the debt, to wit, the chain of title to the debt and a history of charges and payments thereon.

### Certificate of Service

**I certify that a copy hereof has been furnished to all parties listed below by the method indicated for each party:**

*Done this 18TH day of SEPTEMBER, 2013*
To the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida Civil Action (filed and stamped)

**GREENSPOON MARDER, P.A.
TRADE CENTRE SOUTH, SUITE 700
100 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL. 33309
954-343-6273**

IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT OF FLORIDA IN AND FOR
Pinellas COUNTY
GENERAL JURISDICTION DIVISION
CASE NO. 13-006767-CI

U.S. BANK NATIONAL ASSOCATION, AS
SUCESSOR TRUSTEE TO BANK OF AMERICA,
N,A., AS SUCCESSOR TO LASALLE BANK, N.A.
AS TRUSTEE FOR THE HOLDERS OF MERRILL
LYNCH MORTGAGE INVESTORS TRUST,
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES, SERIES 2006-FF1,
    Plaintiff,
vs.

EXHIBIT ___C___

MARK MCFADDEN, et al.
    Defendant(s).
_____/

## PLAINTIFF'S NOTICE OF INTENT TO OFFER AT TRIAL

**COMES NOW**, the Plaintiff, U.S. BANK NATIONAL ASSOCATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA, N,A., AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF1, by and through its undersigned counsel and pursuant to Florida Statute Section 90.803(6)(c), and notifies the Court and all parties of Plaintiff's intent (if necessary) to offer into evidence at trial via a certification or declaration the following documentation:

1. Original Note (or a Copy of the Original Note if lost)
2. Original Mortgage or Copy of the Original Mortgage
3. Copy of the Demand Letter
4. Copy of the Payment History
5. Copy of the business records showing the amounts due and owing

Plaintiff will make this evidence available for inspection to any interested defendant(s).

July 30 TH
+
20 DAYS
Aug. 19, TH

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Plaintiff
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-9181
Service Email: mail@rasflaw.com

By: _\S\Corey Lewis_
    Corey Lewis, Esquire
    Florida Bar No. 72580
    Communication Email: clewis@rasflaw.com




Case 8:14-cv-02068-MSS-MAP   Document 38   Filed 05/26/15   Page 11 of 19 PageID 335

EXHIBIT __D__

**FLORIDA**
COUNTY OF PINELLAS
POOL NO.
LOAN NO. (1044115006 ) 31682149
(73/04-4)

Assignment-Interv.-Recorded
WHEN RECORDED MAIL TO:



610  023006486  D8  002  001

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that __FFFC F/N/A FIRST FRANKLIN FINANCIAL CORP, WHOLLY OWNED OPERATING SUBSIDIARY OF NATIONAL CITY BANK OF INDIANA__
located at __150 ALLEGHENY CENTER, PITTSBURGH, PA 15212__,
"Assignor," in consideration of the sum of __TEN DOLLARS ($10.00)__ and other good and valuable consideration paid by __NATIONAL CITY BANK OF PENNSYLVANIA__

located at __150 ALLEGHENY CENTER, PITTSBURGH, PA 15212__
"Assignee", does hereby grant, bargain, sell, assign, transfer and set over unto Assignee a certain indenture of mortgage bearing the date of _____
made by __MARK MCFADDEN__
_____ and recorded in
Book _____, page _____, Clerk's File # _____ public records
of __PINELLAS__ County, Florida, upon the following described property:

__AS DESCRIBED ON SAID MORTGAGE REFERRED TO HEREIN.__

TOGETHER WITH the note(s) and documents therein described or referred to, the money due and to become due, with interest, and all rights accrued or to accrue under said Mortgage.
TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever.
IN WITNESS WHEREOF the said Assignor has caused these presents to be executed in its name by its proper officers thereunto duly authorized this __18th__ day of __MARCH 2005__, but effective _____.

MICHELLE HALL
WITNESS

FFFC F/N/A FIRST FRANKLIN FINANCIAL CORP,
WHOLLY OWNED OPERATING SUBSIDIARY OF NATIONAL CITY BANK OF INDIANA
BY: __SANDY BROUGH__
VICE PRESIDENT

RACHEL COUSIN
WITNESS

STATE OF __IDAHO__ )
) ss
COUNTY OF __BONNEVILLE__ )

On __MARCH 18, 2005__, before me, the undersigned, personally appeared __SANDY BROUGH__ who is known to me to be the person who executed the within instrument as the __VICE PRESIDENT__ of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors.

WITNESS my hand and official seal.

CARLA TENEYCK  (COMMISSION EXP. 09-02-09)
NOTARY PUBLIC

CARLA TENEYCK
NOTARY PUBLIC
STATE OF IDAHO

PREPARED BY
KARLEEN MAUGHAN
1935 INTERNATIONAL WAY
IDAHO FALLS, ID  83402

P=S.001.16434
C=S.144.0204          J=NC8020305AI.S.49120

**FLORIDA**
COUNTY OF *PINELLAS*
POOL NO.
LOAN NO. *1044115006*

Assignment-Intery.-Recorded
WHEN RECORDED MAIL TO:

EXHIBIT _E_

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that *FFFC F/N/A FIRST FRANKLIN FINANCIAL CORP, WHOLLY OWNED OPERATING SUBSIDIARY OF NATIONAL CITY BANK OF INDIANA*,
located at *150 ALLEGHENY CENTER, PITTSBURGH, PA 15212*,
"Assignor," in consideration of the sum of *TEN DOLLARS ($10.00)* and other good and valuable consideration paid by _____

located at _____
"Assignee", does hereby grant, bargain, sell, assign, transfer and set over unto Assignee a certain indenture of mortgage bearing the date of _____
made by *MARK MCFADDEN* _____
and recorded in Book _____, page _____, Clerk's File # _____ public records of *PINELLAS* County, Florida, upon the following described property:

AS DESCRIBED ON SAID MORTGAGE REFERRED TO HEREIN.

TOGETHER WITH the note(s) and documents therein described or referred to, the money due and to become due, with interest, and all rights accrued or to accrue under said Mortgage.
TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever.
IN WITNESS WHEREOF the said Assignor has caused these presents to be executed in its name by its proper officers thereunto duly authorized this *11th* day of *OCTOBER 2006*, but effective _____.

FFFC F/N/A FIRST FRANKLIN FINANCIAL CORP,
WHOLLY OWNED OPERATING SUBSIDIARY OF NATIONAL CITY BANK OF INDIANA

BY: _____
M. L. MARCUM
SERVICE PROVIDER

MARK HATFIELD
WITNESS

MARY ENOS
WITNESS

STATE OF *IDAHO* )
) ss
COUNTY OF *BONNEVILLE* )

On *OCTOBER 11, 2006*, before me, the undersigned, personally appeared *M.L. MARCUM* who is known to me to be the person who executed the within instrument as the *SERVICE PROVIDER* of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors.

WITNESS my hand and official seal.

_____
KRYSTAL HALL   (COMMISSION EXP. 11-14-11)
NOTARY PUBLIC

KRYSTAL HALL
NOTARY PUBLIC
STATE OF IDAHO

PREPARED BY
_____
KARLEEN MAUGHAN
1935 INTERNATIONAL WAY
IDAHO FALLS, ID  83402

P=S.001.06660
C=S.135.0021              J=NC8092006AI.S.06660

EXHIBIT __F__

This instrument was prepared by:
Greenspoon Marder, P.A.
and should be returned to
Greenspoon Marder P.A.
TRADE CENTER SOUTH, SUITE 700
100 W. CYPRESS CREEK RD.
FORT LAUDERDALE, FL 33309
20187.6878

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS**

First Franklin Financial Corporation, ( Assignor ), residing or located at c/o 2150 North First Street, San Jose, CA 95131, for and in consideration of the sum of $1.00 and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF1  ( Assignee ) that certain Mortgage dated 06/06/2003, executed and delivered by Mark S. McFadden, a married man as his sole and separate property, which was recorded on 7/23/2003, In Official Records Book 12919, Page 2063, of the Public Records of PINELLAS County, Florida ( Mortgage ).

TO HAVE AND TO HOLD the same unto said Assignee, its successors and/or assigns forever, but without recourse to the undersigned.

*In Witness Whereof*, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be affixed hereto, effectively dated this __24__ day of __May__ 2013.

WITNESSES:

_Shea Foster_ 5/24/13
Signature of Witness #1

Sharon Latrice Carter Jackson
Printed Name of Witness #1

_signature_ 5-24-13
Signature of Witness #2

Eduardo Marquez
Printed Name of Witness #2

First Franklin Financial Corporation
By: _X. Moore_
Print Name: Tometka Moore
Title: Assistant Vice President
Date: May 24, 2013

STATE OF __Texas__ )
                    )SS:
COUNTY OF __Dallas__ )

THE FOREGOING INSTRUMENT was acknowledged before me this __24__ day of __May__ 2013 by __Tometka Moore__, as __Assistant Vice President__ of First Franklin Financial Corporation, who is personally known to me or who produced __Texas Drivers License__ as identification.

Notary Public   State of __Texas__
Printed Name of Notary: __Ali Ismail Ebrahim__
My Commission Expires: __8-18-2015__

[Notary Seal: ALI ISMAIL EBRAHIM, Notary Public, State of Texas, My Commission Expires August 18, 2015]



# ROBERTSON ANSCHUTZ & SCHNEID
## LAW OFFICES

**James Robertson, Esquire**
Member of Texas Bar
**Everett Anschutz, Esquire**
Member of Texas Bar
**David J. Schneid, Esquire**
Member of Florida Bar

EXHIBIT G

September 17, 2014

Mr. Mark McFadden
6040 66th Avenue North
Pinellas Park, Florida 33781

**Re:   U.S. BANK NATIONAL ASSOCATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF1 v. MARK MCFADDEN, et al.
       Case No: 13-006767-CI**

Dear Mr. McFadden:

With regards to the above referenced matter, please be advised that our office presently represents the Plaintiff in the above styled cause. Please be advised that this letter is being sent directly to you, as it is our understanding that you are presently unrepresented. If you are currently represented, please have your attorney contact our office immediately and file the necessary notice(s) with the court.

Please be further advised that our office has made several attempts to contact you in reference to the recent court ruling on your "Motion for leave to answer" and "motion to continue trial date." Please contact my office or advise as to how much time you will be needing to adequately respond. If the time period is acceptable, we will draft an agreed order to that effect. Further, if you are representing yourself pro se, it is necessary to supply us, as well as the court, with your contact information (phone and email) in order to receive service of any future pleadings.



6409 Congress Avenue, Suite 100 • Boca Raton, FL 33487
Office 561.241.6901 • Fax: 561.241.9181
www.rasflaw.com

14-53873 - EvR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed and/or mailed on this 30 day of July, 2014, to the attached service list.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Plaintiff
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-9181
Service Email: mail@rasflaw.com

EXHIBIT H

By: _\S\Corey Lewis_
Corey Lewis, Esquire
Florida Bar No. 72580
Communication Email: clewis@rasflaw.com

## SERVICE LIST

MARK S. MCFADDEN A/K/A MARK MCFADDEN
6070 66TH AVENUE NORTH
PINELLAS PARK, FL 33781

CINDY L. MACKINNON
5030 21ST AVENUE NORTH
ST. PETERSBURG, FL 33710

UNKNOWN SPOUSE OF MARK S. MCFADDEN A/K/A MARK MCFADDEN
5030 21ST AVENUE NORTH
ST. PETERSBURG, FL 33710

UNKNOWN SPOUSE OF CINDY L. MACKINNON
5030 21ST AVENUE NORTH
ST. PETERSBURG, FL 33710

UNKNOWN TENANT #1 N/K/A JILL KENNEDY
5030 21ST AVENUE NORTH
ST. PETERSBURG, FL 33710

UNKNOWN TENANT #2
5030 21ST AVENUE NORTH
ST. PETERSBURG, FL 33710

14-53873 - CoL

EXHIBIT I

## NOTICE REQUIRED BY THE FAIR DEBT COLLECTION PRACTICES ACT

THIS LAW FIRM HAS BEEN RETAINED TO INITIATE A LAWSUIT TO FORECLOSE THE MORTGAGE ON YOUR REAL PROPERTY.

THE AMOUNT OF THE DEBT IS DESCRIBED IN THE COMPLAINT AND EVIDENCED BY A COPY OF THE MORTGAGE AND NOTE ATTACHED HERETO. BECAUSE OF INTEREST, LATE CHARGES, AND OTHER CHARGES THAT MAY VARY FROM DAY TO DAY, THE AMOUNT DUE ON THE DAY YOU PAY MAYBE GREATER. HENCE IF YOU PAY THE AMOUNT SHOWN ON THE COMPLAINT, AN ADJUSTMENT MAY BE NECESSARY.

THE PLAINTIFF DESCRIBED IN THE COMPLAINT IS THE CREDITOR TO WHOM THE DEBT IS OWED.

UNLESS YOU DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, WITHIN THIRTY (30) DAYS AFTER RECEIPT OF THIS NOTICE, THE DEBT WILL BE ASSUMED TO BE VALID.

IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT AND A COPY OF SUCH VERIFICATION WILL BE MAILED TO YOU.

IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THE THIRTY-DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

IF YOU REQUEST PROOF OF THE DEBT OR THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR WITHIN THE THIRTY-DAY PERIOD, WE WILL CEASE COLLECTION OF THE DEBT, OR ANY DISPUTED PORTION THEREOF, UNTIL WE HAVE MAILED THIS INFORMATION TO YOU.

WRITTEN REQUEST SHOULD BE ADDRESSED TO:

DEFAULT DEPARTMENT
GREENSPOON MARDER, P.A.
TRADE CENTRE SOUTH, SUITE 700
100 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309

EVEN THOUGH YOU ARE REQUIRED TO FILE A RESPONSE TO THE LAWSUIT WITHIN TWENTY (20) DAYS, YOUR VALIDATION RIGHTS, AS SET FORTH IN THIS NOTICE, SHALL NOT EXPIRE FOR THIRTY (30) DAYS.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR WHO IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

4. Objection, vague and ambiguous as worded.

5. Objection, vague and ambiguous as worded. The document speaks for itself. Therefore, Request #5 is denied.

6. Objection, vague and ambiguous as worded. The document speaks for itself. Therefore, Request #6 is denied.

7. Objection, vague and ambiguous as worded. The document speaks for itself. Therefore, Request #7 is denied.

8. Objection, vague and ambiguous as worded. The document speaks for itself. Therefore, Request #8 is denied.

**EXHIBIT J**

### CERTIFICATE OF SERVICE

**I hereby certify that** a copy of the Response to Defendant Request for Admissions has been furnished to the parties listed on the attached service list via Mail and/or E-mail in accordance with the corresponding addresses listed therein on this  18  day of  September , 2014.

Robertson, Anschutz & Schneid, P.L.
Attorney for Plaintiff
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Fax: 561-241-9181

By: _____
Evan Rosenberg, Esquire
Service Email: mail@rasflaw.com
Communication Email: erosenberg@rasflaw.com
Florida Bar No. 0077599

14-53873

EXHIBIT __K__



*"....Providing quality legal services combined with individualized customer service..."*

Home          About Us          Technology          Litigation          Attc

## About Us

Robertson, Anschutz & Schneid (RA&S) is a law firm with years of experience in successfully representing financial inst matters with a specialization of mortgages in default. Robertson, Anschutz & Schneid provides services in the state of F U.S. Bankruptcy Courts, U.S. District Courts and State Courts. Our goal is to provide the highest level of legal services t do this by combining exceptional legal services with unparalleled customer service. We understand that you rely upon u Robertson, Anschutz & Schneid carries with it a great responsibility. We gladly accept that responsibility and look forwai

### Value Provided to Clients
Our clients receive value added services leading to improved client satisfaction:

- Superior customer service
- Improved productivity and time-line efficiencies
- Cost savings
- Streamline Legal Processes
- Increase in automation
- FHA, VA, Freddie Mac compliant

### Areas of Practice
Litigation Management



Home | About U.S. Bank | Customer Service | Loca

Business                                                                SEAR

**Treasury Management**        Products & Services > Treasury Management > Collection Services

Collection Services >>                                                  Account Login
Depository Services            **Collection Services for Business**     Commercial Busine
Disbursement Services >>                                                TrustNow Essentia
Information Reporting          Need to accelerate your funds availability by improving your
  Services                     collections efficiency? U.S. Bank Collection Services give you the
SinglePoint                    benefit of experience, innovation and the latest tools to help you
TM Forum eNewsletter           collect and process payments in the most timely, efficient manner
                               possible. We offer a full spectrum of collection services, including
                               services designed for your international needs.
**Related Links**
Achieve Your Goals               - Cash Collections
Products & Services              - Check Collections                    EXHIBIT  L
Corporate Relocation             - Electronic Collections
Employee Banking                 - Global Collections
Resources
                               For more information on these services, please contact us.

                                                                        Member FDIC

© 2015 U.S. Bancorp            Careers   Privacy & Security   Online Tracking and Advertising   Site M