FILED

2015 SEP 10 AM 9: 54

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MARK S MCFADDEN

*Plaintiff,*

v.

Case No. 8:14-cv-2068-MSS-MAP

U.S. BANK, N.A., ET. AL

*Defendant.*

## PLAINTIFF'S RESPONSE TO DEFENDANT U.S.BANK'S SUPPLAMENTAL MOTION FOR MOTION TO DISMISS

PLAINTIFF VERY QUICKLY AND BRIEFLY WANTS TO BRING BEFORE THE COURT THAT THE DEFINATION OF 'DEBT COLLECTOR' UNDER THE FDCPA 1692a READS AS FOLLOWS:
(6) The term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Notwithstanding the exclusion provided by clause (F) of the last sentence of this paragraph, the term includes any creditor who, in the process of collecting his own debts, uses any name other than his own which would indicate that a third person is collecting or attempting to collect such debts. For the purpose of section 1692f(6) of this title, such term also includes any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the enforcement of security interests. The term does not include—
SECTION 1692f (6) is any exception to the definition when it is concerning the enforcement of security interests.
SINCE THE VIOLATION OF PLAINIFF'S COMPLAINT IS A RESULT OF A FORECLOSURE ACTION THEN U.S.BANK IS COVERED UNDER ANY PERSON.

THE CASE Davidson v. Capital One Bank (USA), WHICH DEFENDANTS BASE THEIR MOTION TO DISMISS ON HAD TO DO WITH A CREDIT CARD DEFAULT NOT A FORECLOSURE ACTION AND THE ENFORCEMENT OF SECURITY INTERESTS.

RESPECTFULLY SUBMITED,
MARK S. MCFADDEN

## CERTIFICATE OF SERVICE

**I CERTIFY THAT THE ABOVE MOTION WAS SENT BY U.S.MAIL TO THE FOLLOWING ATTORNEYS ON SEPT. 10TH, 2015**

MARK S. MCFADDEN

**AKERMAN LLP**

DAVID A. KARP
David.karp@akerman.com
Florida Bar No_____
401 E Jackson Street, Suite 1700
Tampa, FL 33602
Telephone 813-223-7333
Facsimile 813-223-2837
REBECCA N. SHWAYRI
Florida Bar No. 868531
rebecca.shwayri@akerman.com
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: 813-223-7333
Facsimile: 813-223-2837
WILLIAM P. HELLER
Fla. Bar No.: 987263
william.heller@akerman.com
Las Olas Centre II
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida 33301
Telephone: 954-759-8945
Facsimile: 954-463-2224
*Attorneys for U.S. Bank N.A.*

**COLE,SCOTT & KISSANE. P.A.**
STEPHEN N. HARBER
Stephen.harber@csklegal.com
222 Lakeview Avenue , Suite 120
West Palm Beach ,FL 33401
Telephone 561-383.9233
Facsimile 561-683.8977
*Attorney for Robertson, Lewis. Heydt, & Rosenberg*